```
-                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| TITUS THOMAS, | : |
|    Plaintiff | : |
|       v. | :    Civil Action No. AW-11-694 |
| SGT MIDDLETON, et al | : |
|    Defendants | |

*********

## **MEMORANDUM AND ORDER**

The Court received the instant civil rights complaint filed under 42 U.S.C. §1983. Plaintiff Thomas's new non-frivolous civil complaints are subject to pre-filing screening to determine whether they shall proceed or be placed on the inactive-unassigned docket. *See Thomas v. Morgan*, Civil Action No. AW-10-1025 (D. Md. 2025).  Thomas, a  prisoner currently confined at the Western Correctional Institution, filed this civil rights action pursuant to 42 U.S.C. '1983, alleging that is the subject of wide ranging conspiracy amongst Division of Correction employees and inmates.  ECF No. 1.

The instant cases represent, approximately, the forty-third action filed by Thomas in this Court.  Thomas currently has one previously-filed action pending, and eight other cases on inactive-unassigned status.  The Court has given this Complaint a careful initial screening and determined that it does not require immediate attention.  Consequently, the Clerk shall maintain the case on inactive unassigned status.   The Office of the Attorney General for the State of Maryland shall receive a copy of the Complaint from the Clerk and notice that the suit is being retained on inactive-unassigned status.  The Maryland Attorney General shall also be notified when the suit is placed on

the active assigned docket.

As this case is being placed on the inactive-unassigned docket, any further documents filed by Plaintiff in this case will be retained by the Clerk and not docketed until such time as this case is activated.

Accordingly, it is this <u>13th</u> day of <u>May</u>, 2011, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL ADMINISTRATIVELY CLOSE this case;

2. The Clerk SHALL RETAIN all future documents filed by Plaintiff in this case until such time as the case is activated, at which that time any documents received from Plaintiff shall be docketed; and

3. The Clerk SHALL MAIL a copy of this Order to Plaintiff and also SHALL TRANSMIT a copy of this Order and Paper No. 1 to Assistant Attorney General Stephanie Lane-Weber, 19th Floor, 200 St. Paul Place, Baltimore, Maryland 21202.

_____//s//_____
Alexander Williams, Jr.
United States District Judge